```
 1  Nancy Curry
    Chapter 13 Trustee
 2  606 S. Olive Street, Suite 950
    Los Angeles, CA  90014
 3  (213) 689-3014  FAX (213) 689-3055
 4
                  UNITED STATES BANKRUPTCY COURT
 5                CENTRAL DISTRICT OF CALIFORNIA
 6
 7  In re:                      ) Case No.: 2:06-bk-11860 VZ
                                )
 8     Sheridan, Elissa         ) TRUSTEE'S NOTICE OF
                                ) UNCLAIMED DIVIDEND
 9                              ) (Bankruptcy Rule 3011)
                                )
10                              )
                                )
11  _____
12         TO THE CLERK OF THE ABOVE-ENTITLED COURT:
13         Please find annexed hereto Check No. 631576 in the sum of
14  $18.75 representing the total amount of unclaimed dividend in
15  the above-entitled debtor's estate.  The check was not
16  deliverable at the address of record.  The Trustee, after due
17  diligence, has not been able to locate the payee.  Said sum is
18  paid over to you pursuant to Bankruptcy Rule 3011.  The record
19  reflects the name and address of the party entitled to said
20  unclaimed dividend to be:
21              Revcare, Inc.
                5400 Orange Ave., Ste 200
22              Cypress, CA 90630
23
24
    Date:  January 20, 2011              /s/ Nancy Curry
25
```

NOTICE OF UNCLAIMED DIVIDEND (Bankruptcy Rule 3011)

- 1 -

Nancy Curry Chapter 13 Trustee                               Check No. 631576

Pay to: 50003300  U.S. BANKRUPTCY COURT
Please notify us of any changes to your claim (e.g. account number, address, claim assignment)☐☐

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 0611860-VZ | 454-0 | SHERIDAN, ELISSA | 021738-8 | 0.00 | 18.75 | 0.00 | 18.75 |

⚠ WARNING: CHECK PRINTED ON TONER GRIP CHEMICAL REACTIVE PAPER, VOID APPEARS IF COPIED, FLUORESCENT FIBERS, MICRO PRINTING, TRUE WATERMARK AND LAID LINES WITH TRUSTEE NAME.

January 18, 2011

**Nancy Curry**
**Chapter 13 Trustee**
606 S. Olive ST., Suite 950
Los Angeles, CA. 90014

Disbursement Account
**Suntrust Bank**

64-79 / 611

No. 631576

PAY** Eighteen Dollars and 75 Cents************************************
TO THE ORDER OF

AMOUNT **************$18.75 ***

VOID AFTER April 18, 2011

U.S. BANKRUPTCY COURT
FISCAL DEPT.
255 E. TEMPLE STREET, RM 1067
LOS ANGELES, CA  90012-

*Nancy Curry* (signature)

⑈631576⑈ ⑆061100790⑆ 000000575200 ⑈